UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:25-CR-021-CHB-HAI-1 |
| | ) | |
| v. | ) | |
| | ) | |
| TOMAS DAUKSYS, | ) | **ORDER ADOPTING RECOMMENDATION** |
| | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the *Ex Parte* Sealed Recommended Disposition and Order filed by United States Magistrate Judge Hanly A. Ingram. [R. 84]. The recommendation instructed the parties to file any specific written objections within fourteen (14) days after the entry of the recommendation, or else waive the right to further review. *Id.* at 4. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time in which to do so has now passed.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made"). Regardless, the Court has reviewed the *Ex Parte* Sealed Recommended Disposition and Order and agrees with the findings and recommendations therein.

Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's *Ex Parte* Sealed Recommended Disposition and Order, [**R. 84**], is **ADOPTED** as the opinion of this Court.

This the 17th day of June, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY